# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RAYMOND LINDSEY**                                                           **PLAINTIFF**
*Reg. #48345-044*

v.                      **CASE NO. 2:22-CV-00244-BSM**

**JOHN P. YATES, Warden**
**FCI-Forrest City Low,** *et al.*                                     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 5] is adopted. Raymond Lindsey's lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith, and it is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 6th day of February, 2023.

                                                                   _/s/ Brian S. Miller_
                                                          UNITED STATES DISTRICT JUDGE