# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RAYMOND LINDSEY**  **PLAINTIFF**
*Reg. #48345-044*

v.  CASE NO. 2:22-CV-00244-BSM

**JOHN P. YATES, Warden**
**FCI-Forrest City Low,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE