# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RAYMOND LINDSEY**  **PLAINTIFF**
*Reg. #48345-044*

v.  **CASE NO. 2:22-CV-00244-BSM**

**JOHN P. YATES, Warden**
**FCI-Forrest City Low,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Raymond Lindsey's objections [Doc. No. 11], United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 5] is adopted. Lindsey's lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted. To the extent Lindsey seeks to assert a Federal Tort Claim Act claim regarding personal property confiscated or damaged by BOP officials, that claim would fail. *Reagan v. Rendon*, 4:19-CV-00152-KGB-JJV, 2019 WL 2321371, at *2 (E.D. Ark. Mar. 6, 2019) (citing *Ali v. Fed. Bureau of Prisons*, 552 U.S. 214, 228 (2008)). An *in forma pauperis* appeal would not be taken in good faith, and it is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 28th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE