IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RAYMOND LINDSEY**  **PLAINTIFF**
*Reg. #48345-044*

v.   CASE NO. 2:22-CV-00244-BSM

**JOHN P. YATES, Warden**
**FCI-Forrest City Low,** *et al.*   **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE